IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TYLER HINES,

    Plaintiff,

v.                                                No. 1:21-cv-01053-JDT-jay

BLUE CROSS BLUE SHIELD, and
DAN LAYTIN KIRKLAND & ELLIS LLP,

    Defendants.

## REPORT AND RECOMMENDATION

*Pro se* Plaintiff, Tyler Hines, initiated this action on April 9, 2021. (Docket Entry ("D.E.") 1.) That same day, Hines filed a motion for leave to proceed *in forma pauperis* ("IFP"). (D.E. 2.) Because Plaintiff submitted an incorrect IFP application, which failed to provide the Court with sufficient financial information to determine whether he is unable to pay the civil filing fee, the Court ordered Plaintiff to submit a properly completed IFP affidavit or pay the filing fee within thirty (30) days of that order. (*See* D.E. 6.) The Court's order warned Hines that failure to comply with the order could result in the dismissal of this action without further notice. The next day, on April 14, 2021, the Clerk of Court mailed Plaintiff a copy of the correct non-prisoner IFP application.

To date, Hines has neither paid the appropriate filing fee nor submitted a properly executed IFP affidavit. Accordingly, the undersigned RECOMMENDS that this action be DISMISSED for failure to prosecute.

Respectfully submitted this 2nd day of August 2021.

s/ Jon A. York
UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT AND RECOMMENDATION MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDATION.  SEE 28 U.S.C. § 636(b)(1)(C); LOCAL RULE 72(g)(2).  FAILURE TO OBJECT WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**