UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TYLER HINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| VS. ) | No. 21-1053-JDT-jay |
| ) | |
| ) | |
| BLUE CROSS BLUE SHIELD, ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS CASE,
CERTIFYING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH
AND DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS*

Plaintiff Tyler Hines, a resident of Brownsville, Tennessee, filed a *pro se* civil complaint accompanied by a two-page "short form" motion to proceed *in forma pauperis*. (ECF Nos. 1 & 2.) On April 13, 2021, U.S. Magistrate Judge Jon A. York issued an order directing Hines to submit, within 30 days, either the entire $402 civil filing fee or the appropriate five-page non-prisoner *in forma pauperis* application. (ECF No. 6.) However, Hines did not comply with the order.

On August 2, 2021, Magistrate Judge York issued a Report and Recommendation (R&R) in which he recommended the complaint be dismissed for failure to prosecute. (ECF No. 10.) Objections to the R&R were due on or before August 19, 2021. *See* Fed. R. Civ. P. 72(b)(2); *see also* Fed. R. Civ. P. 6(d). However, Hines has filed no objections.

Because Hines has failed to comply with the Magistrate Judge's order or object to the recommendation of dismissal, the R&R is ADOPTED. This case is DISMISSED in its entirety for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), that any appeal in this matter by Hines would not be taken in good faith. Leave to appeal *in forma pauperis* is, therefore, DENIED.

The Clerk is directed to prepare a judgment.

IT IS SO ORDERED.

                                                   s/ **James D. Todd**
                                                   JAMES D. TODD
                                                   UNITED STATES DISTRICT JUDGE